B/G Sandwich Shops, Inc., appellant, v. A. R. Price, trading as Price Drug Company et al., appellees. Gen. No. 33,047.

Opinion filed February 27, 1929.

Lee Walker, for appellant. No appearance for appellees.

Mr. Justice Wilson delivered the opinion of the court.

Fullerton Plumbing & Heating Company, defendant in error, v. Eli Metcoff and Leslie L. Hecht. Eli Metcoff, plaintiff in error. Gen. No. 32,890.

Opinion filed March 11, 1929.

Gallagher, Shulman & Abrams, for plaintiff in error. A. S. and E. W. Froehlich, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Herbert A. Durr, appellee, v. Richard E. Schmidt et al., appellants. Gen. No. 32,979.

Opinion filed March 11, 1929.

Rosenthal, Hamill & Wormser, for appellants; Lessing Rosenthal, Charles H. Hamill, Leo F. Wormser and Willard L. King, of counsel. Judah, Willard, Wolf & Reichmann, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Antonio Balsamo, appellee, v. Cesare Nutini et al., appellants. Gen. No. 33,060.

Opinion filed March 11, 1929.

William Schulze, for appellants. Julius S. Neale, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

B. F. Andrews, trading as B. F. Andrews and Company, appellant, v. James Lovett, appellee. Gen. No. 33,191.

Opinion filed March 11, 1929.

Babcock, Worthy & Gilruth, for appellant; Charles H. Chapman, of counsel. No appearance for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.